1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAJ SINGH, KAREN SINGH,                    No.  2:15-cv-2664-JAM-EFB PS

12              Plaintiffs,

13        v.                                    ORDER

14   WELLS FARGO BANK,

15              Defendant.

16

17        Plaintiffs initiated this action against defendant Wells Fargo Bank on December 23, 2015.

18   ECF No. 1.[1]  To date, defendant has not appeared in this action.  However, the court's docket

19   does not reflect that defendant has been properly served as plaintiffs have not filed with the court

20   an executed summons with proof of service.

21        Accordingly, plaintiffs are order to show cause why this case should not be dismissed for

22   failure to effect service of process within the time prescribed by Rule 4(m).  Fed. R. Civ. P. 4(m);

23   E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order

24   of the Court may be grounds for imposition by the Court of any and all sanctions authorized by

25   statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any

26   individual representing himself or herself without an attorney is bound by the Federal Rules of

27

28
_____

[1]  This case, in which plaintiffs are proceeding pro se, is before the undersigned pursuant
to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

1

1    Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th

2    Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

3    Failure to timely comply with this order may result in sanctions, including a recommendation that

4    this action be dismissed for lack of prosecution and/or for failure to follow court orders.

5            Accordingly, it is hereby ORDERED that:

6        1. Plaintiffs shall show cause, in writing, within fourteen days from the date of this order,

7    why this action should not be dismissed for failure to effect service of process within the time

8    prescribed by Rule 4(m);

9        2. Failure to comply with this order may result in the dismissal of this action for failure to

10   follow court orders, for failure to effect service of process with the time prescribed by Rule 4(m),

11   and/or for lack of prosecution under Rule 41(b); and

12       3. The Initial Scheduling Conference is continued to August 31, 2016.  Not later than

13   fourteen days before the Initial Scheduling Conference, the parties shall file status reports in

14   accordance with the court's December 23, 2015 order.  *See* ECF No. 3.

15   DATED:  May 18, 2016.

16

17                            EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                                    2